# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD MICHAEL MCCLELLAN,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 81325

**FILED**

JUN 2 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a minute order denying a pretrial motion to vacate unlawful de facto detention order and release defendant from custody.[1] Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ J.
Gibbons

_____ , J.
Stiglich

_____ , J.
Silver

---

[1]Appellant's jury trial is scheduled for August 10, 2020.

20-23584

cc: Hon. Stefany Miley, District Judge
The Law Office of Michael A. Troiano
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk